### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBIN M. WIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-07-1311-HE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date, the decision of the Commissioner of the Social Security Administration is affirmed.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE