**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBIN M. WIER, )<br>)<br>　　　　　Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>Administration, )<br>)<br>　　　　　Defendant. ) | NO. CIV-07-1311-HE |

**AMENDED ORDER**

Plaintiff Robin M. Wier instituted this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for supplemental security income benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Bana Roberts, who recommends that the Commissioner's decision be affirmed.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See also*, 28 U.S.C. §636(b)(1)(C); LCvR72.1. Accordingly, the court adopts Magistrate Judge Roberts' Report and Recommendation and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE